UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AWOH FRANCK DOMINIQUE DIDIER AKRE,

        Petitioner,

-against-

THOMAS DECKER, as Field Office Director, New York City Field Office, U.S. Immigration & Customs, Enforcement,
KIRSTJEN NIELSEN, as Secretary, U.S. Department of Homeland Security,
JEFFERSON B. SESSIONS, as Attorney General, U.S. Department of Justice,

        Respondents.

**ORDER**

17 Civ. 9150 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ordered that Petitioner, Awoh Franck Dominique Didier Akre, and the Government Respondents will submit a letter by November 27, 2019 updating the Court on the status of Petitioner's detention and immigration proceedings.

Dated: New York, New York
      November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge